

March 1, 2026

**By ECF**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    <u>Julian Cepeda et al. v. City of New York, et al.</u>, 25-CV-5409 (PKC)

Your Honor:

    I write on my own behalf to submit this motion to withdraw as counsel for defendants.  On December 31, 2025, I resigned from the NYC Law Department.  I had believed in error that my appearance in this matter for defendants had been withdrawn, but recently noted that was not the case.  Defendants are represented by other attorneys from the NYC Law Department in this matter, including Carolyn Depoian.  I apologize for the delay in submitting this request.

    Accordingly, I respectfully request to be removed from the docket as representing defendants in this case.

    I thank the Court for its consideration of this matter.

    Respectfully submitted,

    *Alan H. Scheiner* /s/

    Alan H. Scheiner
    alan@njaclaw.org

cc:    All Counsel (by ECF)
    Carolyn Depoian, NYC Law Department (via email)
    cdepoian@law.nyc.gov