UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JULIAN CEPEDA, et al.,

                                    Plaintiffs,

                -against-

CITY OF NEW YORK, et al.,

                                    Defendants.

------------------------------------------------------------------------ x

**ADDENDUM TO
STIPULATION AND
PROTECTIVE ORDER**

25-CV-5409 (PKC)

**WHEREAS,** the Court endorsed the parties' Stipulation and Protective Order Concerning the Inspection of Certain Areas of Rikers Island on May 6, 2026, (*Cepeda, et al., v. City of New York, et al.*, 25 Civ. 5409 (PKC)(Docket Entry No. 50)(hereinafter "May 6, 2026 Stipulation and Protective Order"); and

**WHEREAS,** Plaintiffs now seek to bring additional items into DOC Facilities during the Inspection for the purposes of inspecting said facilities; and

**WHEREAS,** the New York City Department of Correction ("DOC") considers these items to be contraband; and

**WHEREAS,** the parties wish to modify the May 6, 2026 Stipulation and Protective Order to permit plaintiffs to bring these additional items into the facilities; and

**WHEREAS,** good cause exists for the entry of this order,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the attorneys for plaintiffs and defendants, that the May 6, 2026 Stipulation and Protective Order is amended to allow plaintiffs to bring the following items into the DOC Facilities for use at the Inspections scheduled for June 23, 2026:

1.  two 16-foot tape measures (Dewalt or Milwaukee brand);

2.  one spring-loaded door pressure gauge;

3.  latex gloves,

4.  sanitizer wipes, and

5.  equipment cleaning spray.

Pursuant to Paragraph 21 of the May 6, 2026 Stipulation and Protective Order, this addendum to that stipulation shall be binding upon the parties immediately upon signature and shall be submitted to the Court for entry as an Order.

Dated:  New York, New York
          June 18, 2026

WANG HECKER WANG, LLP
*Attorneys for Plaintiffs*
111 Broadway, Suite 1406
New York, New York 10006

By:  _Eric Hecker_
     _____
     Eric Hecker

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By:  _____
     Carolyn Depoian

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

6 - 26 - 26

2