UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JULIAN CEPEDA, ALLEN FERREIRA, KASHIF MATTHEWS, JOSHUA MIRANDA, JONATHAN PEREZ; and ROBIN VALDEZ on their own behalf and on behalf of others similarly situated,

Plaintiffs,

25-cv-5409 (PKC)

-against-

ORDER

CITY OF NEW YORK, et al.,

Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

Defendants seek to seal certain documents that relate to the Consent Judgment in Nunez litigation that were submitted in support of a motion to compel discovery. Even if they are judicial documents, there are higher values that overcome the qualified First Amendment right of access and overcome the common law presumption. See Declaration of Kimberly Joyce, paragraphs 6 through 14. Consistent with narrow tailoring, the motion to seal is granted as to the documents at ECF 66-3 and otherwise denied.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 10, 2026